The plaintiff did not prove on this record the allegations of his complaint without resorting to this incompetent evidence. He contends, however, that the evidence as to his conversation with Frank Canfield to which the court had sustained the defendant's objection was competent because it was elicited by the defendant from the plaintiff on cross-examination. We have carefully read the record, and do not think that such evidence was adduced by the cross-examination of the plaintiff. For the admission of this incompetent evidence, to which the defendant repeatedly objected, the cause must be reversed, and it is so ordered.

Joseph Goldberg, of New York City, for bankrupt-appellant.

N. William Welling, of New York City, for trustee-appellee and objecting creditor-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed on the ground that the appeal only involves issues of fact, the disposition of which is not shown to have been erroneous.

## WARE v. SAMUELS.
### No. 60, Docket 20322.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1946.

## HOME INS. CO. OF NEW YORK v. TYDAL CO. et al.
### No. 11371.

Circuit Court of Appeals, Fifth Circuit.

Jan. 23, 1946.

For former opinion, see 152 F.2d 309.